No. 94–6089. WILLIAMS *v.* STAINER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–6100. ALLEN *v.* JOHNSON, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–6101. SNELLING *v.* CHRYSLER MOTORS CORP. ET AL. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 94–6104. BARNETTE *v.* JOHNSON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–6117. BROWN *v.* BARTON ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–6119. JONES *v.* MICHIGAN DEPARTMENT OF SOCIAL SERVICES ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–6120. BOLLING *v.* SMITH, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 94–6121. BROWN *v.* CARLTON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 94–6124. MEADE-STEPHENS *v.* SCHOOL DISTRICT OF THE CITY OF JERSEY CITY, HUDSON COUNTY. Sup. Ct. N. J. Certiorari denied.

No. 94–6126. McFADDEN *v.* HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 94–6127. REYES *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 94–6128. MEEKS *v.* DEWITT ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–6129. LONDON *v.* HAWS, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 94–6130. RICHARDSON *v.* McBRIDE, SUPERINTENDENT, WESTVILLE CORRECTIONAL CENTER, ET AL. C. A. 7th Cir. Certiorari denied.